IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

SOPHIA TAYLOR,                                    *

                              Plaintiff,          *

v.                                                     Case No. 1:24-CV-119 (LAG) (ALS)

                                                  *

COMMISSIONER OF SOCIAL SECURITY,

                                                  *

                              Defendant.          *

_____           *


**J U D G M E N T**

Pursuant to the Order of this Court filed September 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,296.00.

This 25th day of September, 2025.

David W. Bunt, Clerk


s/  Michelle Paschal, Deputy Clerk